# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **CRIMINAL ACTION**<br>) **No. 2:22-cr-00163** |
| DAVID GERALD MINKKINEN and<br>SIVARAMAN SAMBASIVAM, | )<br>)<br>) |
| Defendants. | ) |

## NON-PARTY DELOITTE & TOUCHE LLP'S MOTION TO QUASH SUBPOENA UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 17

Pursuant to Fed. R. Crim. P. 17, non-party Deloitte & Touche, LLP moves this Court to quash the subpoena served on it on December 5, 2022 by Defendant Sivaraman Sambasivam.

*/s/ Michael B. Hissam*
Michael Hissam (WVSB# 11526)
HISSAM, FORMAN, DONOVAN & RITCHIE PLLC
707 Virginia Street East, Suite 260
Charleston, WV 25301
*Office* (681) 265-3802
*Fax* (304) 982-8056
mhissam@hfdrlaw.com

*Attorney for Non-Party Deloitte & Touche LLP*